IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| PAMELA K. KOHNEN | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 3:21-cv-00660-jdp |
| | ) | |
| v. | ) | Judge James D. Peterson |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY | ) ) | |
| | ) | |
| *Defendant* | ) | |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, Pamela K. Kohnen, by her attorneys William E. Parsons and Naomi R. Smith of Hawks Quindel, S.C., and defendant, Metropolitan Life Insurance Company, by its attorney, Jacqueline J. Herring of Smith von Schleicher & Associates, hereby submit their Joint Notice of Pending Settlement:

The Court is hereby advised that the parties have agreed to resolve this case pursuant to settlement. The parties are in the process of finalizing written settlement documents. Upon execution of the settlement documents, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 30 days.

By: */s/ William E. Parsons* (with consent)
    Attorney for Plaintiff,
    Pamela K. Kohnen

    William E. Parsons (#1048594)
    Naomi R. Smith (1115655)
    Hawks Quindel, S.C.
    409 East Main Street, P.O. Box 2155
    Madison, WI 53701-2155
    P: (608) 257-0040
    wparsons@hq-law.com
    nsmith@hq-law.com

By: */s/ Jacqueline J. Herring*
    Attorney for Defendant,
    Metropolitan Life Insurance Company

    Jacqueline J. Herring (IL 6282246)
    SMITH | VON SCHLEICHER + ASSOCIATES
    180 North LaSalle Street, Suite 3130
    Chicago, Illinois 60601
    P: (312) 541-0300
    jackie.herring@svs-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

William E. Parsons
Naomi R. Smith
Hawks Quindel, S.C.
409 East Main Street
P.O. Box 2155
Madison, WI 53701
wparsons@hq-law.com
nsmith@hq-law.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246