IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| PAMELA K. KOHNEN | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 3:21-cv-00660-jdp |
| | ) | |
| v. | ) | Judge James D. Peterson |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY | ) ) | |
| | ) | |
| *Defendant* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Pamela K. Kohnen ("Plaintiff"), and defendant, Metropolitan Life Insurance Company ("MetLife"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear his/its own costs and attorneys' fees.

Respectfully submitted,

By: */s/ William E. Parsons* (with consent)
    Attorney for Plaintiff,
    Pamela K. Kohnen

    William E. Parsons (#1048594)
    Naomi R. Smith (1115655)
    Hawks Quindel, S.C.
    409 East Main Street, P.O. Box 2155
    Madison, WI 53701-2155
    P:  (608) 257-0040
    wparsons@hq-law.com
    nsmith@hq-law.com

By: */s/ Jacqueline J. Herring*
    Attorney for Defendant,
    Metropolitan Life Insurance Company

    Jacqueline J. Herring (IL 6282246)
    SMITH | VON SCHLEICHER + ASSOCIATES
    180 North LaSalle Street, Suite 3130
    Chicago, Illinois 60601
    P:  (312) 541-0300
    jackie.herring@svs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

William E. Parsons
Naomi R. Smith
Hawks Quindel, S.C.
409 East Main Street
P.O. Box 2155
Madison, WI 53701
wparsons@hq-law.com
nsmith@hq-law.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246